IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| A 2006 CADILLAC DTS, | ) | Civil Action No. 7:09-CV-204-D |
| VIN: 1G6KD57986U160128 | ) | |
| AND ANY AND ALL SALES PROCEEDS | ) | |
| FROM THE SALE OF SAID PROPERTY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEBBIE LANETT JOHNSON'S MOTION TO STRIKE
RESPONSE OF CFCU**

THIS MATTER coming on before the undersigned upon the Motion To Strike Response Of CFCU (herein "Motion") filed by counsel for Debbie Lanett Johnson, and the "no objection" Response filed by counsel for Coastal Federal Credit Union ("CFCU"), and the Court finding that good cause exists for the granting of same,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Response filed by CFCU on April 13, 2010 is hereby stricken without prejudice to CFCU filing an appropriately redacted version of its Response.

Date: 5/24/10

_____
United States District Court Judge