# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>A 2006 CADILLAC DTS,<br>VIN: 1G6KD57986u160128<br>*And any and all Proceeds from the Sale*<br>*of Said Property*,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:09-CV-204-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal is hereby directed to dispose of the defendant according to law.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 20, 2010** WITH A COPY  TO:

Stephen A. West (via CM/ECF Notice of Electronic Filing)
John Keating Wiles  (via CM/ECF Notice of Electronic Filing)
Pamela P. Keenan (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 20, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | /s/ Debby Sawyer |
| _____ | (By) Deputy Clerk |
| Raleigh, North Carolina | |